UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARIANO VALLEJO, et al.,

    Plaintiffs,

  v.

GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, et al.,

    Defendants.

Case No.  14-cv-01280-BLF

**CASE MANAGEMENT ORDER**

On 05/21/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | 08/07/2014 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the parties are to file a Motion for Related Case with
6 Judge Koh by 05/30/2014.
7    IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
8 proposed schedule to trial.

10 Dated:  May 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge