1  William T. McLaughlin, II, #116348
   Lang, Richert & Patch
2  Post Office Box 40012
   Fresno, California 93755-0012
3  (559) 228-6700 Phone
   (559) 229-6727 Fax
4

5

6  Attorneys for Defendants FIRST COAST RAILROAD INC. (erroneously sued as The First
   Coast Railroad); GENERAL ELECTRIC RAILCAR SERVICES CORPORATION
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

| | |
|---|---|
| ROCK-TENN COMPANY, a Georgia corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, a Delaware corporation dba GE Capital Rail Services; GENESEE & WYOMING, INC., and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.  5:13-CV-01313-LHK<br>[Lead Case Number]<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER OF DISMISSAL AS TO ALL DEFENDANTS** |
| MARIANO VALLEJO and DOLORES VALLEJO,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GENESEE & WYOMING, INC., GENERAL ELECTRIC RAILCAR SERVICES CORPORATION dba GE RAIL SERVICES, THE FIRST COAST RAILROAD, and DOES 2-100,<br><br>　　　　　Defendants. | Case No.  5:14-CV-01280-BLF |

26  ///

27  ///

28  ///

Stipulation and Order of Dismissal　　　　　　　- 1 -

IT IS HEREBY STIPULATED by and between the parties to this action and their designated counsel that, in accordance with the parties' settlement, all claims asserted by Plaintiffs ROCK-TENN COMPANY, MARIANO VALLEJO and DOLORES VALLEJO in this consolidated action against Defendants FIRST COAST RAILROAD INC. and GENERAL ELECTRIC RAILCAR SERVICES CORPORATION are hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

Dated: March 18, 2015          LANG, RICHERT & PATCH, P.C.

By: /s/William T. McLaughlin II
    William T. McLaughlin II
Attorneys for Defendant FIRST COAST
RAILROAD INC.; GENERAL ELECTRIC
RAILCAR SERVICES CORPORATION

Dated: March 18, 2015          GIBSON & SHARPS, PSC

By: /s/ Minh N. Hoang
    Minh N. Hoang
Attorneys for Plaintiff ROCK-TENN COMPANY

Dated: March 18, 2015          FERNANDO F. CHAVEZ, A LAW CORPORATION

By: /s/Fernando F. Chavez
    Fernando F. Chavez
Attorneys for Plaintiffs MARIANO VALLEJO and
DOLORES VALLEJO

Dated: March 18, 2015          LAW OFFICE OF DAVID J. CHURCHILL

By: /s/David J. Churchill
    David J. Churchill
Attorneys for Plaintiffs MARIANO VALLEJO and
DOLORES VALLEJO

William T. McLaughlin II attests that concurrence in the filing of this document has been obtained from each of the other signatories identified herein.

By: /s/ William T. McLaughlin II
    William T. McLaughlin II

Stipulation and Order of Dismissal          - 2 -

# ORDER

The Court, having received the Stipulation of Dismissal, hereby orders dismissal with prejudice of all claims asserted by Plaintiffs ROCK-TENN COMPANY, MARIANO VALLEJO and DOLORES VALLEJO in this consolidated action against Defendants FIRST COAST RAILROAD INC. and GENERAL ELECTRIC RAILCAR SERVICES CORPORATION. The Clerk shall close the case file.

IT IS SO ORDERED.

Dated: March 18, 2015

_____
The Honorable Lucy H. Koh
United States District Court